THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, <br><br> Plaintiff, <br><br> v. <br><br> Beto's Tacos; Andrie F. Grimaud and Murielle C, Grimaud, Trustees of the Que Pasa Family Trust dated August 2, 1999; Edward E. Colson III, Trustee of the Edward E. Colson III Trust Agreement dated January 12, 1995; Dennis R. Sciotto and Carol Ann Sciotto, Trustees of the Dennis R. Sciotto and Carol Ann Sciotto Community Property Trust Agreement dated January 9, 2002; Aljos Inc a California Corp., dba BETO'S TACOS <br><br> Defendants, | CASE NO. 2:18-cv-03145-WBS-EFB <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

      The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

    IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

    The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

___
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
CASE NO. 2:18-CV-03145-WBS-EFB**
1

(empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 31, 2019    THOMAS E. FRANKOVICH, APLC
*A PROFESSIONAL LAW CORPORATION*


By: ___/s/ Thomas E. Frankovich___
Thomas E. Frankovich
Attorney for Plaintiff

Dated: July 31, 2019    Melinda Guzman, Esq

Melinda Guzman Professional Corporation


By:
Melinda Guzman
Attorney for Defendants


### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: August 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE